JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. MARTIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN EXPRESS COMPANY; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., and DOES 1-10,<br><br>        Defendants. | Case No. 8:12-cv-00810-AG-JPR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

LA 51577587v1

# ORDER

The Stipulation of Dismissal with Prejudice filed by plaintiff Michael J. Martin ("Plaintiff") and defendants American Express Company and American Express Travel Related Services Company, Inc. (together, "American Express") is **GRANTED** and it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action shall be, and is, dismissed **WITH PREJUDICE** as to all claims asserted by Plaintiff against American Express, and all parties shall bear their own attorneys' fees and costs as to the dismissed claims.

**IT IS SO ORDERED.**

Dated: August 21, 2012

The Hon. Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

-1-

LA 51577587v1